## STATE v. HARRY BERMAN.[1]

### July 9, 1909.

### Nos. 16,241—(209).

Defendant was indicted in the district court for Hennepin county, with George Wright and Charles Washington, for taking from the Great Northern Railway Company twenty journal brasses with iron coverings, of the value of sixty dollars. He was convicted of petit larceny. From an order, Holt, J., denying his motion for a new trial, Harry Berman appealed. Affirmed.

*George Harold Smith*, for appellant.

*George T. Simpson*, Attorney General, *Al. J. Smith*, County Attorney, and *John F. Bernhagen*, Assistant County Attorney, for the State.

PER CURIAM.

The defendant was indicted for the crime of grand larceny and found guilty of petit larceny. On this appeal from an order denying a motion for a new trial, the appellant contends that the evidence given by certain accomplices was insufficiently corroborated, and that the error in receiving certain incompetent evi-

[1]Reported in 122 N. W. 161.

dence was not cured by the fact that it was subsequently stricken out and the jury instructed to wholly disregard the same. The corroborating evidence was sufficient, and, tested by the rule stated in State v. Towers, 106 Minn. 105, 118 N. W. 361, the error in receiving the incompetent evidence was, under all the circumstances, without prejudice.

Order affirmed.